UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES O'BRYAN,

      Petitioner,

v.                                           Case No. 14-11793

CARMEN PALMER,

      Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability or Leave to Proceed *In Forma Pauperis* on Appeal" dated February 10, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Carmen Palmer and against Petitioner James O'Bryan.  Dated at Detroit, Michigan, this 10th day of February 2016.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT


                                                          <u>s/Lisa Wagner</u>
                                           By:  Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland